

# IN THE CURCIT COURT OF MISSISSIPPI COUNTY ARKANSAS
## OSCEOLA DIVISION

EDWARD HARSHMAN/HARSHMAN RENTALS      PLAINTIFF

vs.      CASE NO. CV-2024-5(CT)

GREAT LAKES INSURANCE SE
COMPANY      DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Edward Harshman DBA Harshman Rentals, by and through counsel, David Burnett, and for his compliant against Defendant, Great Lakes Insurances states as follows:

### I. PARTIES

1. Plaintiff, Edward Harshman is an adult resident citizen of Osceola, Mississippi County, Arkansas doing business as Harshman Rentals

2. Defendant Great Lakes Insurance Company is a insurance company operated out of Mishawaka, IN and is registered with "good standing" status with the Arkansas Secretary of State. Defendant Company may be served with process of this Court by delivering a copy of the Summons and Complaint to The Arkansas Insurance Commissioner.

## II. FACTS

3. Plaintiff made a true and correct application for insurance coverage through Defendant Great Lakrs Insurance SE.

4. Plaintiff Harshman subsequently was issued a policy of Insurance from Defendant Great Lakes Insurance SE, Policy Number. _B1136 PR221900_

5. Pursuant to the terms of the subject policy, Defendant Great Lakes Insurance SE , in consideration of the payment of the agreed premium, insured the property of Plaintiff, located in Osceola, Arkansas and Mississippi County, against certain named perils, including Hail damage.

6. The subject policy of insurance correctly named Edward and Shirely Harshman DBA Harshman Realty as the insured and loss payee.

7. On or about _10-15-22_, large hail struck multiple structures and totally destroyed the roofing andproperty of Plaintiff Harshman..

8. Plaintiff Harshmwn provided prompt and timely notice of the loss to Defendant Great Lakes Insurance SE, and complied with each and every term, stipulation and condition of the subject policy, including the submission of a Sworn Statement in Proof of Loss form.

9. Plaintiff Harshman loss notwithstanding, Defendant Great Lakes Insurance SE, by and through its agents and employees, failed, refused, declined, rejected, and neglected to properly investigate, adjust and to pay the Plaintiffs' claim of loss.

## III. COUNT ONE – BREACH OF CONTRACT

10. Defendant Great Lakes Insurance SR failure and refusal to properly investigate, adjust and pay Plaintiff's claim of loss in accordance with the express terms of the subject policy constitutes a breach of the written insurance contract between Plaintiff and Defendant.

11. Plaintiff Edward and Shirely Harshman are entitled to recover of and from Defendant Great Lakes Insurance SE

    damages equal to the indemnity due under the subject insurance policy. Said damages include, but are not limited to, $431,145.61

    for the damage to Plaintiff's property; and the reasonable costs of Material, labor, and removal of debris from repairs.

12. In addition, Plaintiff is entitled to recover prejudgment interest at the legal rate of six percent (6.0%) per annum pursuant to Ark. Const. Art. 19, §13, from the date of the breach until the date of judgment.

13. Alternatively, Plaintiff is entitled to recover prejudgment interest at the legal rate of eight percent (8.0%) per annum pursuant to Ark. Code Ann. §2381-118, from the date of the breach until the date of judgment.

14. In addition, Plaintiff is entitled to recover twelve percent (12%) damages upon the amount of the loss, together with all reasonable attorney's fees for the prosecution and collection of the loss, pursuant to Ark. Code Ann §23-79-208.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that this Court enter judgment against Defendant Great Lakes Insurance SE for the sum of $-431,145.61 actual damages; for the damage to said property; for the reasonable costs of removing the debris from the roofing and for the cost of materials and labor to repair the roofs.; statutory exemplary damages and reasonable attorney's fees, pursuant to Ark. Code Ann. §23-79-208; prejudgment interest from the date of breach, 10-15-22, until the date of judgment; post-judgment interest at the statutory rate; all costs of court; and for such other and further relief as may be just and proper.

Respectfully submitted,
Edward Harshman, Plaintiff

*/s/ David Burnett*

By:. David Burnett
David Burnett (66006)
Attorney for Plaintiff

Burnett law Firm
P.O.Box 704
Osceola, AR 72370

Phone: 870-622-9911
Fax:    870-622-9916